**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-6266**

_____

MICHAEL JOSEPH CAMPBELL, and all prisoners
similarly situated,

Plaintiff - Appellant,

versus

GENE JOHNSON, Director, Virginia Department of
Corrections; Mrs. HELEN F. FEHEY, Chairwoman,
Virginia Parole Board; LIEUTENANT HARRISON,
Building Supervisor, Sussex I State Prison;
LIEUTENANT BRONSON, Building Supervisor,
Sussex I State Prison; CHIEF COUNSELOR
WILLIAMS, Sussex I State Prison; DOCTOR EMRAN,
Medical Doctor, Sussex I State Prison,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. T. S. Ellis, III, Senior
District Judge. (1:06-cv-00393-TSE-BR)

_____

Submitted: August 23, 2007        Decided: August 28, 2007

_____

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior
Circuit Judges.

_____

Affirmed as modified by unpublished per curiam opinion.

_____

Michael Joseph Campbell, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Joseph Campbell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court as modified to reflect dismissal without prejudice of Campbell's parole denial claim. Campbell v. Johnson, No. 1:06-cv-00393-TSE-BR (Dec. 11, 2006 & Jan. 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED